[No. 28325-1-I. Division One. October 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTURO BOTELLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06581-9, Carmen Otero, J., entered April 1, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 28871-7-I. Division One. October 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE DANTANIO CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-01267-1, Bobbe J. Bridge, J., entered July 1, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 30232-9-I. Division One. October 12, 1992.]

THERESA STOTESBERY, *Respondent*, v. DALE RITTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-23705-2, Robert S. Lasnik, J., entered February 5, 1992. *Remanded* by unpublished per curiam opinion.

[No. 29666-3-I. Division One. October 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY M. TUNNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04488-7, Steven G. Scott, J., entered November 26, 1991. *Dismissed* by unpublished per curiam opinion.